428 A.2d 674

Sebastopol Coal Co., Inc., Appellant v. Hartford Fire
Insurance Co., Appellant and Reliance
Insurance Co., Appellant.
Petition for Allowance of Appeal Denied March 16, 1981.

Argued December 4, 1978. William A. Degillio, for Sebastopol, appellant (at Nos. 1611 and 1612) and appellee (at Nos. 1508 and 1509); Arthur Silverblatt, for Hartford and Reliance, appellants (at Nos. 1508 and 1509) and appellees (at Nos. 1611 and 1612).

Before PRICE, SPAETH and WATKINS, JJ.

Orders affirmed.

SPAETH, J., concurred in the result.